ADA REIBSTEIN, Appellant, *v.* ABRAHAM SCHWARTZ, Respondent.

LEONARD REIBSTEIN, Appellant, *v.* ABRAHAM SCHWARTZ, Respondent.

(Argued February 16, 1932; decided March 3, 1932.)

*Isidor Cohn* for appellants.

*Clarence E. Mellen* and *Meyer J. Cantor* for respondent.

Appeal in each action dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.